TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00377-CV

and

NO. 03-97-00378-CV

Betty Phillips, Appellant

v.

Tim Ray and Kristi Ray, Appellees

and

Betty Phillips, Appellant

v.

Dennis Harold Phillips and Antonieta Phillips, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NOS. 96-02409 & 96-12255, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellees filed a motion to dismiss these consolidated causes. They have now filed a
certificate of conference informing the court that appellant does not oppose the motion and will not pursue
the consolidated appeals. Accordingly, we grant appellees' motion and dismiss each appeal.

Before Justices Powers, Aboussie and B. A. Smith

Appeals Dismissed on Unopposed Motion

Filed: January 29, 1998

Do Not Publish